■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NISHON CROSLAND, Also Known as SHELTON CROSLAND, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Egitto, J.), rendered February 26, 1986, convicting him of coercion in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Lawrence, Rubin, Harwood and Balletta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY C. CUMBERBATCH, Appellant.—Appeal by the defendant from two judgments of the Supreme Court, Suffolk County (D'Amaro, J.), both rendered February 27, 1986, convicting him of criminal sale of a controlled substance in the third degree under indictment No. 1157/85, and attempted robbery in the first degree under indictment No. 690/85, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

The defendant's contentions have not been preserved for appellate review, as he failed to raise them in the court of first instance by motions to vacate the judgments or otherwise *(see, People v Harris,* 61 NY2d 9; *People v Pellegrino,* 60 NY2d 636; *People v Carter,* 109 AD2d 747).

Counsel's request to withdraw as counsel is denied *(see, People v Vasquez,* 70 NY2d 1, 4, *rearg denied* 70 NY2d 748). Mollen, P. J., Brown, Kunzeman, Weinstein and Kooper, JJ., concur.